■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HOWARD, Appellant. [599 NYS2d 992] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered July 29, 1991, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The majority of the defendant's contentions with regard to the prosecutor's summation are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818, 819; *People v Medina,* 53 NY2d 951, 953; *People v Baldo,* 107 AD2d 751, 752); and in any event, all of his contentions are without merit *(see, People v Marks,* 6 NY2d 67, 77, *cert denied* 362 US 912; *People v Colon,* 122 AD2d 151, 152; *People v Boute,* 111 AD2d 398, 399). Sullivan, J. P., Eiber, O'Brien and Pizzuto, JJ., concur.